UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MILTON LEE TARVER, TDCJ No. 855937,<br><br>*Petitioner,*<br><br>v.<br><br>DIRECTOR, TDCJ-CID,<br><br>*Defendant.* | § § § § § § § § § § § Civil Action No. 3:22-CV-1616-X-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 6]. Tarver filed an objection. [Doc. No. 12]. His objections make various arguments to justify his time-barred petition. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 12th day of December 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1